UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                                                               CHAPTER 13 PROCEEDING:
ALEJANDRO GUTIERREZ                                        10-10463-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.  Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Wednesday, Jun 30, 2010.

    2.  This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.  Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.  Checks to the party below have not cleared within 90 days.

        ALEJANDRO GUTIERREZ
        304 SAN MARCOS AVENUE
        SAN JUAN, TX  78589

    5.  As a result, funds owed to the Debtor in the amount of $925.00 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, July 28, 2011

                                                                       Cindy Boudloche
                                                                       Chapter 13 Trustee
                                                                       555 N. Carancahua  Ste 600
                                                                       Corpus Christi, TX  78401-0823
                                                                       (361) 883-5786

#298

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

IN RE:                                                        CHAPTER 13 PROCEEDING:
ALEJANDRO GUTIERREZ                        10-10463-B-13
DEBTOR

### CERTIFICATE OF SERVICE

I, Cindy Boudloche, do hereby certify that on Jul 28, 2011, a copy of the foregoing Motion to Pay Funds into Court Registry was served electronically or by United States Mail to the parties listed below:

*Cindy Boudloche*

Cindy Boudloche, Chapter 13 Trustee

ALEJANDRO GUTIERREZ                        BAILEY AND GALYEN ATTORNEYS AT LAW
304 SAN MARCOS AVENUE                       2200 BOCA CHICA BLVD  STE 120
SAN JUAN, TX  78589                                 BROWNSVILLE, TX  78521